IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHELDON LEE MITCHELL                                                           PLAINTIFF

v.                              No. 3:14-cv-58-DPM

AVERY DENNISON CORP.; EPOPLEX,
a Division of Stonhard L.P.; and
TRAF-MARK INDUSTRIES LLC                                                       DEFENDANTS

ORDER

Avery Dennison Corporation's unopposed motion to dismiss, № 10 & 16, is granted. *South County, Inc. v. First Western Loan Co.*, 315 Ark. 722, 725-26, 871 S.W.2d 325, 326 (1994). Mitchell's third cause of action for negligent misrepresentation is dismissed with prejudice. FED. R. CIV. P. 12(b)(6). The Court appreciates the brevity of Avery Dennison's motion papers and the candor of Mitchell's response.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2014