IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHELDON LEE MITCHELL                                         PLAINTIFF

v.                              No. 3:14-cv-58-DPM

AVERY DENNISON CORP.; EPOPLEX,
a Division of Stonhard L.P.; and TRAF-MARK
INDUSTRIES, LLC                                             DEFENDANTS

JUDGMENT

Mitchell's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 April 2015